# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00565-CV

**Jack Wesley Moncrief, Appellant**

**v.**

**Betty Moncrief, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. FM5-05032, HONORABLE RHONDA HURLEY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Jack Wesley Moncrief has informed this Court that he no longer wishes to pursue his appeal and has filed an unopposed motion to dismiss. Appellant's counsel states that he has conferred with counsel for appellee Betty Moncrief, who does not oppose this motion. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a).

_____

Jeff Rose, Justice

Before Justices Puryear, Pemberton and Rose

Dismissed on Appellant's Motion

Filed:   January 11, 2013